UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | | |
| v. | : | VIOLATIONS:  21 U.S.C. §846 |
| | : | (Conspiracy to Distribute and Possess With |
| **MICHAEL W. EVANS,** | : | Intent to Distribute One Kilogram or More of |
| **Defendant.** | : | Heroin); |
| | : | 21 U.S.C. §860(a) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cocaine Base Within 1000 Feet of a School) |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

From on or about January 2004 through June 7, 2005, within the District of Columbia and elsewhere, **MICHAEL W. EVANS**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the United States, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance and the said mixture and substance was 1 kilogram or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

(**Conspiracy to Distribute and Possess With Intent to Distribute One Kilogram or More of Heroin**, in violation of Title 21, United States Code, Section 846)

**COUNT TWO**

On or about June 7, 2005, within the District of Columbia, **MICHAEL W. EVANS**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Holy Comforter St. Cyprian Roman Catholic Grammar School, a private school in the District of Columbia, and Eastern Senior High School, a public high school in the District of Columbia.

    (**Unlawful Possession With Intent to Distribute Cocaine Base Within 1000 Feet of a School**, in violation of Title 21, United States Code, Section 860(a))

        KENNETH L. WAINSTEIN
        Attorney of the United States in
        and for the District of Columbia
        Bar No. 451-058

BY: _____
        WILLIAM J. O'MALLEY, JR.
        Assistant United States Attorney
        Bar No. 166-991
        Organized Crime and Narcotics Trafficking Section
        555 4th Street, N.W., Room 4213
        Washington, D.C. 20530
        (202) 305-1749

BY: _____
        BARRY WIEGAND
        Assistant United States Attorney
        Bar No. 424-288
        Organized Crime and Narcotics Trafficking Section
        555 4th Street, N.W., Room 4211
        Washington, D.C. 20530
        (202) 514-7315