

**SEALED**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 05-249 |
| v. : | |
| MICHAEL W. EVANS, : | |
|       Defendant : | |

### ORDER

1. Based on the representations in the government's Motion to Seal, this court finds that there is a compelling governmental interest in sealing all Court records in this case. The parties expect defendant to plead guilty and co-operate with the government, and there is a need to keep this information from the public. Because of the nature of the investigation in which the defendant may cooperate, there is a risk to his safety, as well as to police officers and innocent third parties. If the public received notice of a criminal information being filed, any Court hearings for the plea or status calls, pleadings or plea agreement, the Motion to Seal, and any sealing order, this could jeopardize an on-going criminal investigation and the safety of persons involved, including police officers.

2. Based on the foregoing, this Court finds that there is a compelling governmental interest in sealing the Court proceedings in this case, the government's motion to seal, the criminal information filed against defendant, the plea agreement and any pleadings, and this Order. The Court finds further that an extraordinary situation exists, which justifies a delay in the public docketing of notice of the plea proceeding, the motion to seal, the criminal information filed against defendant, any pleadings or plea agreement, and this Order have occurred and/or been filed under seal. See Washington Post v. Robinson, 935 F.2d 282, 289 fn. 10 (D.C. Cir. 1991). As a result, it is this 30th day of June 2005 hereby

ORDERED, that the government's motion to seal is GRANTED, and that the following matters shall be placed and maintained under seal until further order of this Court:to place and maintain under seal, until further order of the Court: (1) all Court records of this case, including the court file, the criminal information filed against defendant, any pleadings or plea agreement, and any other documents filed in future; (2) any proceedings in Court; (3) this motion, and the order granting the motion; and it is further

ORDERED that, until further order of this Court, the clerk shall not make any entry on the public docket in this case of the occurrence and filing of the following sealed matters: (1) the criminal information filed against defendant, any pleadings or plea agreement, and any other documents filed in future; (2) any proceedings in Court; (3) this motion, and the order granting the motion; and it is further

ORDERED that, until further order of the Court all proceedings in this case shall be sealed, and any future pleadings or documents in this case shall be filed and maintained under seal.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

cc:   Barry Wiegand
      Assistant United States Attorney
      555 4th Street, N.W., 4th floor
      Washington, D.C. 20001
      (202) 514-7315 (o)
      (202) 514-8707 (fax)
      William.BWiegand@USDoJ.Gov

cc:   Ms. Mary Petras, Esq.
      Assistant Federal Public Defender
      Counsel for Defendant Michael W. Evans
      625 Indiana Avenue, N.W., Suite 550
      Washington, D.C. 20004
      (202) 208-7500 (o); (202) 208-7515 (fax)
      Mary_Petras@FD.Org