# WARRANT FOR ARREST

SEALED

CO-180 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| **UNITED STATES OF AMERICA** <br> V. <br> **MICHAEL W. EVANS** <br><br> DOB: 11/3/67   PDID# 357-211 | DOCKET NO: CR05-249 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED <br> 11612 STEWART LANE, SILVER SPRING MD 20904 <br> 5'9", MALE 165LB. RACE, BLACK <br><br> **FILED** <br> JUL 1 1 2005 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT | |
| WARRANT ISSUED ON THE BASIS OF: Order of Court | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

VIOLATION OF PLEA AGREEMENT

CONSPIRACY TO DISTRIBUTE HEROIN

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 21 U.S.C. 841(a)(1) & 846 |
|---|---|
| BAIL FIXED BY COURT: <br> HWOB | OTHER CONDITIONS OF RELEASE: |

| ORDERED BY: <br> JAMES ROBERTSON | JUDGE/MAGISTRATE JUDGE <br> JUDGE JAMES ROBERTSON | DATE ISSUED: <br> 7/8/2005 |
|---|---|---|
| CLERK OF COURT: <br> Nancy Mayer-Whittington | BY DEPUTY CLERK | DATE: <br> 7/8/2005 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED <br> 07/08/05 <br> DATE EXECUTED <br> 07/10/05 | NAME AND TITLE OF ARRESTING OFFICER <br> SA Tucker G. Vanderbilt | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|