AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**
AUG 1 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Michael Evans | WAIVER OF INDICTMENT<br><br>CASE NUMBER: 05-249 |

I, _Michael Evans_, the above named defendant, who is accused of

_Violation of 21 USC 846 and 21 USC 860(a) Conspiracy to Distribute and Possess with intent to distribute One Kilogram or more of Heroin; and unlawful Possession with Intent to Distribute Cocaine Base within 1000 feet of a school._

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _August 18, 2005_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

/s/ Michael Evans
Defendant

/s/
Counsel for Defendant

Before /s/
Judicial Officer