CO-526    ⊕
(12/86)

FILED

AUG 1 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        )
                                )
                                )
          vs.                   )        Criminal No. 05-249
                                )
  Michael Evans                 )
                                )
                                )

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the
approval of the Court, the defendant waives his right to trial
by jury.

_____
          Defendant

_____
          Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
          Judge