UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 05-249 (JR) |
| | : | (Under Seal) |
| MICHAEL W. EVANS, | : | |
| Defendant | : | |

**GOVERNMENT'S STATUS REPORT**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully submits the following status report regarding the defendant's cooperation with the United States in the investigation and prosecution of others.

Defendant provided assistance to the United States and, in particular, the Federal Bureau of Investigation, in the investigation of two cases. Defendant made a series of controlled purchases from the individual who was supplying defendant with drugs. As a result of the defendant's assistance and the assistance of others federal agents arrested the supplier and hje has since entered a plea of guilty. In addition to his assistance in that matter, defendant assisted the FBI in a second investigation. In the course of a controlled purchase from targets in that investigation, the targets attempted to rob defendant. Law enforcement personnel arrested the targets but an unfortunate consequence of the arrest was the disclosure of defendant's cooperating role. The targets have since plead guilty but any further efforts by Mr. Evans would entail an unacceptable increased risk to his safety.

**WHEREFORE** we respectfully suggest that the court set this matter for a status hearing or otherwise refer defendant for preparation of a presentence report and calendar the matter for sentencing.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

BY: _____
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney
D.C. Bar No.   166-991
Organized Crime and Narcotics Trafficking
555 4th Street, N.W., Fourth Floor
Washington, D.C. 20001
(202) 305-1749

*Certificate of Service*

I HEREBY CERTIFY that I have caused service of the foregoing to be made by mail, postage prepaid, to counsel for defendant Evans, Ms. Mary Petras, Esquire, Assistant Federal Public Defender, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C., 20004; this 9th day of June, 2006.

                                                            WILLIAM J. O'MALLEY, JR.
                                                          Assistant United States Attorney