UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 05-249 (JR)** |
| : | **(Under Seal)** |
| **MICHAEL W. EVANS,** : | |
| **Defendant** : | |

# ORDER

Upon review of the government's Status Report and without objection from defendant, it is this _____ day of June, 2006,

**ORDERED** that the Deputy Clerk shall refer the defendant to the United States Probation Office for preparation of a presentence report and set this matter on the Court's calendar for sentencing at a time convenient to the calendar and defendant.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

Copies to:

William J'Malley, Jr.
Assistant United States Attorney

Ms. Mary Petras, Esq.
Assistant Federal Public Defender