UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Criminal No. 05-249 (JR) |
| : | (Under Seal) |
| MICHAEL W. EVANS, : | |
| Defendant : | |

# ORDER

Upon review of the government's Status Report and without objection from defendant, it is this 12th day of June, 2006,

**ORDERED** that the Deputy Clerk shall refer the defendant to the United States Probation Office for preparation of a presentence report and set this matter on the Court's calendar for sentencing at a time convenient to the calendar and defendant.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

Copies to:

William J'Malley, Jr.
Assistant United States Attorney

Ms. Mary Petras, Esq.
Assistant Federal Public Defender