UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 19 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA     :
                             :
v.                           :    Criminal No. 05-249 (JR)
                             :    (Under Seal)
MICHAEL W. EVANS,            :
        Defendant            :

## GOVERNMENT'S MOTION TO CONTINUE

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to continue the sentencing hearing in this matter. As grounds for its motion the government cites the following points and authorities.

The defendant is scheduled for sentencing on October 24, 2006 at 10:00 a.m. Counsel for the government has prepared a departure request to submit to the United States Attorney's Office Departure Committee. However, because of unusual circumstances a decision on that request has not been made.[1] The government requests a three week continuance to permit consideration of the departure request for defendant. Mr. Evans is currently on conditional release and the United States has no objection to his continuing in that status.

We have consulted with defendant's counsel, Assistant Federal Public Defender Mary Petras, Esquire, who indicates defendant has no objection to this request.

---

[1] The undersigned is a member of the six member Committee and by standard practice of the Committee does not vote on requests he submits. Of the remaining five members, two are in extended trials and one is on leave so that the required votes for approval are not available. In counsel's nearly 20 year membership on the Committee, this has never happened before.

RECEIVED

OCT 19 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

**WHEREFORE** the government respectfully requests that the Court continue the sentencing hearing in this matter for some date on or after November 13, 2006 convenient to the Court's calendar and counsel for defendant.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

*William J. O'Malley, Jr.*
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney

3

*Certificate of Service*

**I HEREBY** certify that I have caused a copy of the foregoing government's Motion To Continue and proposed Order to be mailed postage prepaid to counsel for the defendant, Mary Petras, Esquire, Assistant Federal Public Defender, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C., 20004, and Monica Johnson of the United States Probation Office, this 19th day of September, 2006.

WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney
D.C. Bar No. 166-991
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 305-1749