UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.    : | Criminal No. 05-249 (JR) |
| : | (Under Seal) |
| MICHAEL W. EVANS,    : | |
| **Defendant**    : | |

## GOVERNMENT'S MOTION FOR GUIDELINES CREDIT

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court pursuant to § 3E1.1(b) of the Sentencing Guidelines and the plea agreement between the United States and the defendant, to adjust the defendant's offense level down one level reflecting the defendant's early plea of guilty.

As grounds for this motion the government cites the defendant's early determination to enter a plea of guilty in this matter. As a consequence the resources of this Court, the United States Attorneys Office and the Federal Bureau of Investigation were conserved. The United States and the FBI did not have to expend time, energy and resources in preparing for the trial in this matter and court time was preserved as well.

**WHEREFORE** we respectfully submit that pursuant to § 3E1.1(b) of the Sentencing Guidelines, it is appropriate in this case to reduce defendant's offense level by one level reflecting his early entry of a plea of guilty in this matter.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY

BY: _____
        WILLIAM J. O'MALLEY, JR.
        Assistant United States Attorney

*Certificate of Service*

**I HEREBY** certify that I have caused a copy of the foregoing government's Motion for Guidelines Credit and proposed Order to be served by mail, postage prepaid, upon counsel for defendant Evans, Mary Petras, Esquire, Assistant Federal Public Defender, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C., 20004; and to Monica Johnson, United States Probation Officer; this 1st day of November, 2006.

>WILLIAM J. O'MALLEY, JR.
>Assistant United States Attorney
>D.C. Bar No. 166-991
>555 Fourth Street, N.W.
>Washington, D.C. 20001
>(202) 305-1749