UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.    : | **Criminal No. 05-249 (JR)** |
| : | (Under Seal) |
| **MICHAEL W. EVANS,** : | |
| **Defendant** : | |

# ORDER

Upon motion of the United States, without objection from defendant, and after a review of the Presentence Report and the entire record in this matter, it is, this _____ day of November, 2006

**ORDERED** that the government's motion to credit the defendant pursuant to § 3E1.1(b) of the Sentencing Guidelines be, and hereby is, granted.

                                                                                                  _____
                                                                                                  JAMES ROBERTSON, Judge
                                                                                                  United States District Court
                                                                                                    for the District of Columbia

Copies to:

William J. O'Malley, Jr.
Assistant United States Attorney

Mary Petras, Esquire
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C., 20004

Monica Johnson
United States Probation Officer