UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | **Criminal No. 05-249 (JR)** |
| : | **(Under Seal)** |
| **MICHAEL W. EVANS,** : | |
| **Defendant** : | |

**ORDER**

Upon motion of the United States, without objection from defendant, and after a review of the Presentence Report and the entire record in this matter, it is, this _____ day of November, 2006,

**ORDERED** that the government's motion to depart downward from the Guidelines sentence pursuant to § 5K1.1 of the Sentencing Guidelines and 18 United States Code, § 3553(e), be, and hereby is, granted.

_____
JAMES ROBERTSON, Judge
United States District Court
   for the District of Columbia

Copies to:

William J. O'Malley, Jr.
Assistant United States Attorney

Mary Petras, Esquire
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C., 20004

Monica Johnson
United States Probation Officer