UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :
v.                              :   Criminal No. 05-249 (JR)
                                :
MICHAEL W. EVANS,               :
        Defendant               :

FILED
DEC 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon motion of the United States, without objection from defendant, and after a review of the Presentence Report and the entire record in this matter, it is, this 14th day of December, 2006,

**ORDERED** that the government's motion to depart downward from the Guidelines sentence pursuant to § 5K1.1 of the Sentencing Guidelines and 18 United States Code, § 3553(e), be, and hereby is, granted.

_____
JAMES ROBERTSON,
United States District Judge

Copies to:

William J. O'Malley, Jr.
Assistant United States Attorney

Mary Petras, Esquire
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C., 20004

Monica Johnson
United States Probation Officer

